## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLEODIOUS SCHOFFNER, JR., Inmate )**
**#B80947,** )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　**Petitioner,** )
　　　　　　　　　　　　　　　　　　　　　) **CIVIL NO. 06-626-DRH**
**vs.** )
　　　　　　　　　　　　　　　　　　　　　)
**DON HULICK,** )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　**Respondent.** )

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

　　　Petitioner, currently incarcerated in the Menard Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 to challenge the constitutionality of his confinement.

　　　**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue.

　　　Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

　　　**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

　　　**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

　　　**IT IS SO ORDERED.**

　　　**DATED:　August 21, 2006**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/　David　RHerndon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**