IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLEODIOUS SCHOFFNER, JR.,**

Petitioner,

v.

**DON HULICK,**

Respondent.                                              No. 06-CV-0626DRH

ORDER

**HERNDON, District Judge:**

Pending before the Court are Respondent's motions for extension of time (Docs. 7 & 8).  Said motions are **GRANTED**.  The Court **ALLOWS** Respondent up to and including November 19, 2006 to answer or otherwise plead.

**IT IS SO ORDERED.**

Signed this 13th day of November, 2006.


                                             /s/        David    RHerndon
                                             **United States District Judge**