# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLEODIOUS SCHOFFNER, JR,**

      Petitioner,

      vs-                                              No.  06-CV-626  DRH

**DON HULICK,**

      Respondent.

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came before the Court on a Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

    **IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The petition for writ of habeas corpus pursuant to **28 U.S.C. § 2254** is time-barred under **§ 2244(d)** and is **DISMISSED with prejudice**.-------------------------------------------------------------------------------

                                        **NORBERT G. JAWORSKI, CLERK**

August 9, 2007                           BY:   s/Patricia Brown
                                                          Deputy Clerk

APPROVED: /s/    David   RHerndon
                  U.S. DISTRICT JUDGE